UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED BY _____ Case No. _____

Galina Sokolskaya,
    Plaintiff

vs.

Immigration and Naturalization
Service, et al.
    Defendants.

00 JAN 14 ... 3:51

CLARENCE ...
CLERK U.S. ... CT.
S.D. OF F... -FTL

**00-6074**

**CIV-HURLEY**

MAGISTRATE JUDGE
LYNCH

## MOTION TO PROCEED IN FORMA PAUPERIS

COMES NOW, __Galina Sokolskaya__ petitioner, in the above-styled cause and, pursuant to the provisions of Title 28, United States Code, Section 1915, respectfully moves for leave to proceed in forma pauperis without prepayment of fees, costs or security given therefor.

Dated: __1/13/99__

_[signature]_
Signature
Charles F. Elsesser, Jr.
Attorney for Plaintiff

## AFFIDAVIT IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS

I, __Galina Sokolskaya__, being first duly sworn, depose and say that I am the petitioner in the above-entitled case; that in support of my motion to proceed in forma pauperis without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to redress; and that thet nature of this action is as follows:

__Action to enjoin defendant to accommodate my disability in the__

__processing of my petition for naturalization.__

I further swear that the responses which I have made to questions and instructions hereinbelow relating to may ability to pay the cost of this action are true.

1. Are you presently employed?     Answer: __No__

   a. If answer is "yes", state the amount of your salary or wages per month and give the name and address of your employer.
   b. If answer is "no", state the date of last employment, and the amount of the salary and wages per month which you received.

__HAS NOT WORKED IN THE UNITED STATES DUE TO DISABILITY__

2. Have you received within the past twelve months any income from a business, profession or other form of self-employment, or in the form of rent payments interest, dividends, or other source?     Answer: __NO - ONLY RECEIVE SSI PAYMENTS OF $512 A MONTH__

   a. If answer is "yes", describe each source of income, and state the amount received from each during the past twelve months.

3. Do you own any cash or checking or savings account?   Answer: __YES__

   a. If answer is "yes", state the total value of the items owned.
   __CHECKING ACCOUNT WITH $1600 FOR RECEIPT OF__
   __SSI - CURRENT BALANCE INCLUDES SSI CHECK FOR__
   __JANUARY__

4. Do you own any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishing and clothing)?   Answer: __NO__

   a. If answer is "yes", describe property and state approximate value.

5. List the persons who are dependent upon you for support and state your relationship to those persons.
   __NONE__

I declare under penalty of perjury that the foregoing statements are true.
I fully understand that a false statement or answer to any questions in this affidavit will subject me to penalties for perjury.
Executed on 1/3/00 at Pembroke Pines, FL.

x __Januah Cokonbchan__
                              Signature

SUBSCRIBED AND SWORN TO before me this

_____ day of _____.