UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Galina Sokolskaya,
    Plaintiff

vs.

Immigration and Naturalization
Service, et al.
    Defendants

Case No. _____



00-6074

CIV-HURLEY

MAGISTRATE JUDGE
LYNCH

FILED by _____ D.C.
FEB 8 2000
CARLOS JUENKE
CLERK U.S. DIST. CT.
S.D. OF FLA. W.P.B.

### ORDER ON MOTION TO PROCEED IN FORMA PAUPERIS

UPON CONSIDERATION of the Motion and Affidavit to Proceed in Forma Pauperis, it is

ORDERED that the Motion to Proceed in Forma Pauperis without prepayment of costs or fees or the necessity of giving security therefor in the above-entitled cause be and the same is hereby

Dated: Feb. 7, 2000

_____
U.S. District Judge

cc: