# United States District Court

_____ DISTRICT OF _____

GALINA SOKOLSKAYA,
Plaintiff,

**SUMMONS IN A CIVIL ACTION**

v.

CASE NUMBER: 00-6074-CIV_HURLEY

IMMIGRATION AND NATURALIZATION
SERVICE: DORRIS MEISSNER,
Commissioner, Immigration and
Naturalization Service; ROBERT
WALLIS, District Director,
Immigration and Naturalization
Service; MIami; and ELAINE WATSON, Dir.,
Naturalization Unit, INS, Miami.

TO: (Name and Address of Defendant)

Elaine Watson
Director, Naturalization Unit
Immigration and Naturalization Service, Miami
77 S.E. 5 St., 2d Floor
Miami, FL 33131

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Charles F. Elsesser, Jr.
Florida Legal Services, Inc.
3000 Biscayne Blvd., #450
Miami, FL 33137

an answer to the complaint which is herewith served upon you, within _____60_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Clarence Maddox

CLERK

BY DEPUTY CLERK

DATE

# United States District Court

_____ DISTRICT OF _____

GALINA SOKOLSKAYA,
Plaintiff,

V.

IMMIGRATION AND NATURALIZATION
SERVICE: DORRIS MEISSNER,
Commissioner, Immigration and
Naturalization Service; ROBERT
WALLIS, District Director,
Immigration and Naturalization
Service, MIami; and ELAINE WATSON, Dir.,
Naturalization Unit, INS, Miami.

TO: (Name and Address of Defendant)

Dorris Meissner
Commissioner, Immigration and Naturalization Service
Washington, D.C.

## SUMMONS IN A CIVIL ACTION

CASE NUMBER: 00-6074-CIV_HURLEY

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Charles F. Elsesser, Jr.
Florida Legal Services, Inc.
3000 Biscayne Blvd., #450
Miami, FL 33137

an answer to the complaint which is herewith served upon you, within _____60_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Clarence Maddox
CLERK

DATE

BY DEPUTY CLERK

# United States District Court

_____ DISTRICT OF _____

GALINA SOKOLSKAYA,
Plaintiff,

V.

IMMIGRATION AND NATURALIZATION
SERVICE; DORRIS MEISSNER,
Commissioner, Immigration and
Naturalization Service; ROBERT
WALLIS, District Director,
Immigration and Naturalization
Service, MIami; and ELAINE WATSON, Dir.,
Naturalization Unit, INS, Miami.

TO: (Name and Address of Defendant)

Immigration and Naturalization Service
Washington, D.C.

## SUMMONS IN A CIVIL ACTION

CASE NUMBER: 00-6074-CIV_HURLEY

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Charles F. Elsesser, Jr.
Florida Legal Services, Inc.
3000 Biscayne Blvd., #450
Miami, FL 33137

an answer to the complaint which is herewith served upon you, within _____60_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Clarence Maddox

CLERK

DATE

BY DEPUTY CLERK

# United States District Court

_____ DISTRICT OF _____

GALINA SOKOLSKAYA,
Plaintiff,

V.

IMMIGRATION AND NATURALIZATION
SERVICE: DORRIS MEISSNER,
Commissioner, Immigration and
Naturalization Service; ROBERT
WALLIS, District Director,
Immigration and Naturalization
Service; MIami; and ELAINE WATSON, Dir.,
Naturalization Unit, INS, Miami.

SUMMONS IN A CIVIL ACTION

CASE NUMBER: 00-6074-CIV_HURLEY

TO: (Name and Address of Defendant)

Robert Wallis
District Director
Immigration and Naturalization, MIami
7880 Biscayne Blvd.
Miami, FL 33138

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Charles F. Elsesser, Jr.
Florida Legal Services, Inc.
3000 Biscayne Blvd., #450
Miami, FL 33137

an answer to the complaint which is herewith served upon you, within ___60___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Clarence Maddox
CLERK

DATE

BY DEPUTY CLERK