IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6074 CIV-HURLEY
Magistrate Judge Lynch

GALINA SOKOLSKAYA,

   Plaintiff,

vs.

IMMIGRATION AND
NATURALIZATION SERVICE; DORIS
MEISSNER, Commissioner, Immigration
and Naturalization Service; ROBERT
WALLIS, District Director, Miami; and
ELAINE WATSON, Director,
Naturalization Unit, Immigration and
Naturalization Service, Miami

   Defendants.
_____



ORDER GRANTING PLAINTIFF'S EX PARTE MOTION FOR
FOR EXTENSION OF TIME FOR COMPLIANCE WITH
S.D. FLA. L.R. 16.1 AND COURT'S SCHEDULING REPORT ORDER

THIS CAUSE came on for consideration upon the Ex Parte Motion of the Plaintiff for Extension of Time for Compliance with S.D. Fla. L.R. 16.1 And Court's Scheduling Report Order. The Court being advised in the premises it is

ORDERED AND ADJUDGED as follows:

1. That the time within which the parties are required to comply with the attorneys' conference and related provisions of S.D. Fla. L.R. 16.1 and this Court's Order of January 21, 2000 is extended until April 7, 2000, 60 days after this Court has acted on plaintiff's Motion to Proceed In Forma Pauperis.



DONE AND ORDERED at West Palm Beach, Florida this ___ day of _March_, 2000

_____
UNITED STATES DISTRICT COURT JUDGE

cc: Charles F. Elsesser, Jr., Esq.
Florida Legal Services, Inc.
Miami Advocacy Office
3000 Biscayne Blvd., Suite 450
Miami, FL 33137

JoNel Newman, Esq.
Florida Justice Institute, Inc.
2870 First Union Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131-2309

Barbara J. Prager, Esq.
Legal Aid Service of Broward County, Inc.
609 S.W. First Avenue
Fort Lauderdale, FL 33301

United States Attorney
Southern District of Florida
99 N.E. 4th St.
Miami, FL 33132