UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



GALINA SOKOLSKAYA,

**Plaintiff,**

v.                                          CASE NO. 00-6074-CIV-HURLEY

**IMMIGRATION AND
NATURALIZATION SERVICE, et al,**



**Defendants.**
_____/

### ORDER OF CLOSE-OUT

THIS CAUSE is before the court upon plaintiff's voluntary notice of dismissal filed pursuant to Federal Rule of Civil Procedure 41(a)(1). In light of the foregoing, no further judicial effort will be necessary in this case. It is therefore

**ORDERED and ADJUDGED:**

The Clerk of the Court shall **CLOSE** this case and **TERMINATE** any pending motions.

DONE and SIGNED in Chambers at West Palm Beach, Florida this 1st day of May 2000.

Daniel T. K. Hurley
United States District Judge

Copy furnished to:
Charles F. Elsesser, Jr., Esq.
Dexter Lee, AUSA